**90–1015.** State, ex rel. Bailey, v. Indus. Comm. *Franklin County,* No. 89AP–553. Reported at 62 Ohio St.3d 191, 580 N.E.2d 1081. On motion for rehearing. Rehearing denied.

**90–1070.** State v. Davis. *Lorain County,* No. 88CA004390. Reported at 62 Ohio St.3d 326, 581 N.E.2d 1362. On motion for rehearing. Rehearing denied.

**91–2111.** Akron v. Bilder. *Summit County,* No. 14505. Reported at 62 Ohio St.3d 1487, 582 N.E.2d 612. On motion for rehearing. Rehearing denied.

## DISCIPLINARY DOCKET

**91–1249.** Cuyahoga Cty. Bar Assn. v. Caywood. On motion for extension of time to pay costs. Motion granted.

MOYER, C.J., dissents.